No. 99–111. MIKEL ET UX. *v.* ALLEN ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–154. PENNSYLVANIA DEPARTMENT OF REVENUE ET AL. *v.* NEWMAN ET AL. Sup. Ct. Pa. Certiorari denied. ▮

No. 99–189. KANSAS *v.* GARZA. Ct. App. Kan. Certiorari denied.

No. 99–193. PARRISH ET AL. *v.* NIKOLITS, PROPERTY APPRAISER OF PALM BEACH COUNTY. C. A. 11th Cir. Certiorari denied.

No. 99–198. EVANS, CONSERVATOR OF EVANS *v.* LEDERLE LABORATORIES ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 99–199. EMERY *v.* CITY OF TOLEDO ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–202. SMITH *v.* CENTRA BENEFIT SERVICES, INC. C. A. 5th Cir. Certiorari denied.

No. 99–204. MALLEY *v.* KEENAN, UNITED STATES DISTRICT JUDGE FOR THE SOUTHERN DISTRICT OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 99–207. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* HART. C. A. 9th Cir. Certiorari denied.

No. 99–212. BERGENDAHL, ADMINISTRATRIX OF THE ESTATE OF BERGENDAHL, DECEASED *v.* MASSACHUSETTS ELECTRIC CO. App. Ct. Mass. Certiorari denied.

No. 99–214. GREENE ET AL. *v.* HAM. Sup. Ct. Conn. Certiorari denied.

No. 99–215. CASEY ET AL. *v.* RETIREMENT BOARD OF THE RHODE ISLAND EMPLOYEES' RETIREMENT SYSTEM ET AL. C. A. 1st Cir. Certiorari denied.

No. 99–217. HOFFMANN *v.* TWAMLEY ET AL. C. A. 8th Cir. Certiorari denied.